[No. 43976-6-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINA SCHATTENKERK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-06189-0, Michael Trickey, J., entered December 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44130-2-I.    Division One.    August 30, 1999.]

LANA LEE MITCHELL, ET AL., *Plaintiffs*, HARRY D. BACON, ET AL., *Appellants*, v. THE CITY OF ISSAQUAH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-18126-1, Glenna Hall, J., entered December 23, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Webster and Becker, JJ.

[No. 44139-6-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD JAY JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-07768-1, Charles V. Johnson, J., entered February 3, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44189-2-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. B.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-08456-3, Norman Quinn, J. Pro Tem., entered February 12, 1999. *Reversed* by unpublished per curiam opinion.